IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 95-60676

Summary Calendar

ROBERT DAWSON,

Plaintiff-Appellant,

versus

DOUG BROGAN,

Defendant-Appellee.

Appeal from the United States District Court
For the Southern District of Mississippi
USDC No. 4:94-CV-93LN

January 22, 1997

Before HIGGINBOTHAM, WIENER, and BENAVIDES, Circuit Judges.

PER CURIAM:*

Robert Dawson, No. 87563, a Mississippi state prisoner, appeals the jury verdict in favor of Doug Brogan in Dawson's federal civil rights action. Because Dawson has failed to identify and brief any issues for appeal, as required by even pro se litigants, he has effectively abandoned any issues he could have raised on appeal. See Price v. Digital Equip. Corp., 846 F.2d

---

*Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

1026, 1028 (5th Cir. 1988); see also Yohey v. Collins, 985 F.2d 222, 224-25 (5th Cir. 1993).

Dawson's lack of identification and argument of any issues renders his appeal without arguable merit. See Howard v. King, 707 F.2d 215, 219-20 (5th Cir. 1983). The appeal is DISMISSED as frivolous. 5th Cir. R. 42.2.

We caution Dawson that any additional frivolous appeals filed by him or on his behalf will invite the imposition of sanctions. To avoid sanctions, Dawson is further cautioned to review all pending appeals to ensure that they raise arguments that are not frivolous.